# DRESSEL/MALIKSCHMITT LLP
## ATTORNEYS AT LAW

January 21, 2022

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007
**Via Email and ECF**

**Re: Paul Hobbs Imports Inc. v. Verity Wines LLC (Case No. 1:21-cv-10597)**

Dear Judge Cronan:

We represent Plaintiffs in the above-styled action, and write in response to Defendant Rosenthal & Rosenthal, Inc.'s January 19, 2022 pre-motion letter.

A number of Defendants have only recently been successfully served with the complaint in this matter and only Defendant Rosenthal & Rosenthal, Inc. has had counsel appear in this matter. Given the possibility of a multiplicity of pre-answer motions, and given the only partially overlapping arguments, Plaintiffs respectfully submit that it may be in the interest of judicial efficiency to avoid a piecemeal series of motions and potential amendments to the complaint.

There is presently a preliminary conference scheduled in this matter on February 23, 2022. Plaintiffs respectfully submit that the parties that have appeared as of that date discuss a briefing schedule for any pre-answer motions at that conference.

11 E. Cliff Street, Ground Floor, Somerville, New Jersey 08876
www.dresselmalikschmitt.com
contact@dresselmalikschmitt.com
(848) 202-9323

Thank you for your attention to this matter.

Best Regards,

DRESSEL/MALIKSCHMITT LLP

Christopher M. Malikschmitt
Attorney for Plaintiffs

The request is granted.  The motion pending at Docket Number 20 is denied without prejudice, and Defendants' deadlines to answer or move pursuant to Fed. R. Civ. P. 12 are held in abeyance until the conference on February 23, 2022.

SO ORDERED.
Date: January 25, 2022          JOHN P. CRONAN
New York, New York     United States District Judge