```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
PAUL HOBBS IMPORTS, INC. et al.,                                  :
                                                                  :
                                Plaintiffs,                       :    21 Civ. 10597 (JPC)
                                                                  :
                -v-                                               :          ORDER
                                                                  :
VERITY WINES, LLC et al.,                                         :
                                                                  :
                                Defendants.                       :
                                                                  :
------------------------------------------------------------------:
                                                                  X
```

JOHN P. CRONAN, United States District Judge:

For the avoidance of doubt, discovery in this action is stayed for the reasons stated on the record at the conference of February 23, 2022.  Dkt. 39 at 7-8.

SO ORDERED.

Dated: April 20, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge