UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
PAUL HOBBS IMPORTS INC. *et al.*,                   :
:
                           Plaintiffs,     :
:      21 Civ. 10597 (JPC)
         -v-                                                    :
:      ORDER
VERITY WINES LLC *et al.*,                                :
:
                         Defendants.      :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On January 24, 2023, the Court issued an Opinion and Order dismissing in full Plaintiffs' Complaint, Dkt. 1, but granting Plaintiffs leave to file an amended complaint by February 23, 2023. *See* Dkt. 48. Plaintiffs did not file an amended complaint by that date. Consequently, the Clerk of Court is respectfully directed to enter judgment dismissing Count VII and Count VIII with prejudice and all other counts without prejudice, and to close this case.

      SO ORDERED.

Dated: March 6, 2023
       New York, New York
                                                       JOHN P. CRONAN
                                                       United States District Judge