**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PAUL HOBBS IMPORTS INC., et al.,

                Plaintiffs,

-against-                                 21 **CIVIL** 10597 (JPC)

**JUDGMENT**

VERITY WINES LLC, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 6, 2023, the Court issued an Opinion and Order on January 24, 2023 dismissing in full Plaintiffs' Complaint, Dkt. 1, but granting Plaintiffs leave to file an amended complaint by February 23, 2023. See Dkt. 48. Plaintiffs did not file an amended complaint by that date. Consequently, judgment is entered dismissing Count VII and Count VIII with prejudice and all other counts without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      March 7, 2023

                                                                     **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                **BY:**     *K. Mango*

                                                                         **Deputy Clerk**